# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161649

LAVETA ANDERSON and CHARLES J. TAUNT,
      Plaintiffs-Appellees,

v

JENNY SHIH, D.O., INOCENCIO CUESTA, M.D.,
MALINI VENKATRAM, M.D., SUCHITA
BHEEMREDDY, M.D., UNIVERSITY
PHYSICIAN GROUP, VHS PHYSICIANS OF
MICHIGAN, HARPER-HUTZEL HOSPITAL,
LEGACY HHH, VHS HARPER-HUTZEL, INC.,
VHS OF MICHIGAN, INC., LEGACY DMC,
TENET HEALTHCARE CORPORATION,
BOTSFORD GENERAL HOSPITAL, and
THE WELLNESS PLAN,
      Defendants,

and

KARTHIK YADAGIRI, PT, RUPA PATEL, PT,
THERAMATRIX, INC., d/b/a THERAMATRIX
PHYSICAL REHABILITATION, THERAMATRIX
PHYSICAL REHABILITATION, THERAMATRIX
PHYSICAL THERAPY NETWORK, and
THERAMATRIX PHYSICAL THERAPY
PLAN, INC.,
      Defendants-Appellants.

SC: 161649
COA: 344540
Oakland CC: 2016-153143-NH

_____/

On order of the Court, the application for leave to appeal the April 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



a1216

Clerk